**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DARRIN DUMAG Jr.** | Case: 1:26-mj-00066<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 3/27/2026<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Bryan Mancuso, being first duly sworn, hereby depose and state as follows:

**AFFIANT BACKGROUND**

1.      I am a Detective with the Metropolitan Police Department of the District of Columbia ("MPD") and am currently assigned to the Metropolitan Police Department–Federal Bureau of Investigation ("FBI") Child Exploitation and Human Trafficking Task Force ("CEHTTF"), where my duties include investigating the sexual exploitation of children and online offenses against children, including the production, transportation, receipt, distribution, and possession of child pornography. I have been a sworn MPD officer since 2008 and have been investigating sexual offenses against children since 2014. As a Task Force Officer ("TFO"), I am responsible for investigating internet crimes against children, such as the production or distribution of child pornography, as well as commercial sex trafficking of children.  I have been deputized as a federal law enforcement officer by the United States Marshal Services. Throughout my career, I have received specialized training regarding investigating crimes involving the sexual abuse of children, sexual assaults, and sex trafficking. I have gained expertise in conducting such investigations through formal training and on-the-job training with more experienced agents. I

1

have received training and experience in interviewing and interrogation techniques, arrest procedures, and a variety of other investigative tools and techniques. I have previously sworn to and obtained search warrants in the Superior Court of the District of Columbia and the United States District Court for the District of Columbia, which have led to the recovery of evidence and arrests for criminal offenses. As a Task Force Officer with the FBI, I am authorized to execute warrants issued under the authority of the United States.

2.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

3.     Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2),(b)(1) (Distribution of Child Pornography) (hereafter, the "TARGET OFFENSE") have been committed by DARRIN DUMAG Jr.

## PROBABLE CAUSE

4.     On Wednesday, January 21, 2026, an FBI Task Force Officer (TFO) assigned to the Washington Field Office (WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF) was acting in an undercover (UC) capacity and operating out of a satellite office in Washington, D.C.  In that capacity, the UC entered an online fetish website. This site is known to the UC as a place where people meet, discuss, and trade original images of minors and links containing child pornography.

5.     On January 21, 2026, Fetish website user "DJsoftdom", later identified as DARRIN DUMAG Jr., initiated a private message chat with the UC. A review of the user's profile revealed

a profile picture of an adult male with his information listed as "28M Daddy Dom" and location as "Dallas, Texas, United States." His account indicated his role preferences were "Daddy Dom, Dominant, Swinger, Videographer, Bull," and that he was looking for "Long-term Relationship, Relationship, A Dynamic, Play Partner, submissive, slave, Princess by Day, Slut by Night, Mentee /Student, Community" and "Events." The account profile also displayed a picture of an adult male's erect penis and numerous pictures of DUMAG and a young woman. The account further indicated that the user joined the website in April 2022. The user's profile picture is shown below:



6.      Below is a portion of the chat between the UC and DUMAG:

***DJsoftdom***: Saw you were looking to chat with someone like minded. Happy to share thoughts and hopefully we can see if our interests align

***UC***: yeah definitely where do you like to chat

***UC***: Telegram or kik

***DJsoftdom***: I have telegram and wire

***DJsoftdom***: User name for telegram is the same on here

***UC***: What's your tele buddy

***UC***: Ok cool

***DJsoftdom***: Just message me

On Wednesday, January 21, 2026, upon navigating to the Telegram chat application, the UC observed the Telegram-affiliated username "Djsoftdom." The UC wrote, "Hey, it's XXX from fet". DUMAG responded, "Hey it's DJ lol".  The following is a portion of the messages sent on Telegram:

*DJsoftdom*: So tell me about your taboos 😊

*UC*: Not much bored at work

*UC*: Me I'm into young and fam play

*DJsoftdom*: Same here. How many kids do you have?

*UC*: Just 1 daughter she's 9

*UC*: How about you

*DJsoftdom*: No kids but looking to create a community into family taboo and young 😊

*DJsoftdom*: Looking at plots of land and going to build a homestead into freeuse, nudity and family taboo

*UC*: Sounds amazing

*UC*: To bad we're not neighbors 😂

*DJsoftdom:* Well I have no issues with people relocating to our future property

*DJsoftdom*: Is your daughter also into the lifestyle?

*DJsoftdom*: Or have you not thought about training her yet?

*UC*: No I've been playing with her her whole life and she's very into playing

*UC*: Have you had the chance to be with any littles

*DJsoftdom*: Little girls? Not yet. Most of the girls Ive been with are between 15-17

*DJsoftdom*: My dick is probably to big for any younger girls lol

*UC*: Gotcha those are hot ages

4

*DJsoftdom*: My age range is 12-17

*DJsoftdom*: Im down to try to fuck younger if the chance arises

*DJsoftdom*: Not sure if you share with other taboo men 😄

*UC*: I have a couple times it's so fucking hot watching her

7.     The conversation continued with DUMAG asking "Yeah? Do you record these experiences?" The UC responded, "No, the guys didn't want it recorded and respected that." The UC then sent two images that depicted a child and an adult penis on top of a pair of what appeared to be a pair of girls' underwear. In the picture of the child, the child is wearing pink pajamas, and her shirt is lifted to reveal her stomach[1]. The UC then stated, "So you no I'm real." DUMAG replied, "Totally get that. Definitely would love to join you two in that venture 😊 I plan on making a family sex album with my kids and those we have join our community 😊 ." Later, the UC said, "Gotcha got anything hot and young to share?" DUMAG replied, "I got so much content lol" "One moment." Dumag then sent a video file, thirty seconds in length (0:30), that depicted a prepubescent girl wearing a white shirt with a heart on it and unclothed from the waist down to her black socks. The girl was holding her legs up while an adult male was vaginally penetrating her with his erect penis.

8.     The chat between UC and DUMAG continued as follows:

*DJsoftdom*: Do you allow your daughter to be creampied? Or is that a no no?

*UC*: Yes I definitely trusted the guys that played and I loved watching it drip so fucking hot

*UC*: That video is fucking hot man good shit

*DJsoftdom*: Just trying to show you can trust me haha

---

1 The images sent by the UC do not depict a real child or a real penis.

*UC*: I appreciate that I'm going into a meeting if you have anything else love to watch while pretending to pay attention😂

9.      DUMAG then sent three video files. After the first video, DUMAG stated, "And anything you have with your daughter, I'd love to see". The UC reviewed all three videos, which included the following:

   a.  One (1) twenty-three-second-long (0:23) video depicting a nude, age-questionable pubescent female, unclothed, whose face and breasts are visible. The female is on top of an unclothed adult male, who is vaginally penetrating the female with his penis.

   b.  One (1) twenty-second (0:20) video depicting a prepubescent girl wearing white underwear, fishnet thigh-high stockings, and only a blue tie from the waist up, and an unclothed adult male. The girl is holding the adult male around the neck, and the male is holding the girl from under the thighs, vaginally penetrating her with is penis. The adult male then moves the girl to the ground and orally penetrates her with his erect penis. The girl is small in stature, has young facial features, and no breast development.

   c.  One (1) forty-two-second-long (0:42) video depicting a prepubescent girl wearing only red, white, and blue stockings that go just above the knee and what appears to be a baby bib around her neck. In front of her is an unclothed adult male and a pubescent female, unclothed, facing the camera with her face and breasts exposed. The pubescent female appears to be being vaginally penetrated by the adult male while the prepubescent girl is kneeling in front of them with her face making

contact with their genitalia. The prepubescent girl is very small in stature with no hip development.

10.     Later, the UC stated, "You ever find yourself in the east coast." DUMAG responded, "A few times for work. Mostly New York to fix a client's board room lol" "I can make a trip to you and make it like a day trip. Come out early morning, hang out all night, then fly back out the next day. I can even make a weekend trip if need be." The UC replied, "Fuck yeah brother nice to actually find another real perv and not just someone into fantasy and roll play at least I feel that's the case tell me if I'm wrong" "What's the youngest u got brother." DUMAG stated, "Im 100% onboard with real family and young" "I would have to check" "Give me a bit to find it. On a service call lol" "How young you want? Just got off my call lol." The UC replied, "No limits here as young as u got."

11.     DUMAG then sent a video file, thirty-seven minutes and fifty-one seconds in length (37:51). The video begins with a prepubescent girl lying on a bed with an adult male's penis ejaculating on her face. Written across the screen is "Kathie 5 Y.O." As the video file continues, it depicts the same girl being vaginally, anally, and orally penetrated by an adult male's erect penis. DUMAG messaged "Let me know if you can see this" after sending the video file.

12.     The messages between DUMAG and the UC continued, and a portion is as follows:

*DJsoftdom*: Any more of you and your daughter

[The UC then sent two images that depicted a child. In one of the pictures, the child was wearing pink pajamas bottoms and a black top, and was lying stomach-down on the floor, watching tv. The second image was of a girl lying on her side, wearing a pink top and pink underwear, with her legs covered.]

7

*UC*: Never send anything to crazy till after meet never take chance of losing her but after meet it's all 100% wish we were neighbors brother

*DJsoftdom*: I wish we were neighbors too. Have you fly me out there and we can use her together lol

*DJsoftdom*: Not sure if you would be ok with hosting me if I do fly out.

*UC*: Definitely would be fine with it you could stay with me a night or two definitely

*DJsoftdom*: I'd be down for that.

*DJsoftdom*: Is your daughter down for anything

*UC*: We definitely share the same interests and you seem really down to earth

*DJsoftdom*: I try to be humble

*UC*: Most guys are like I'm going to rip her in half and shit like that

*UC*: And you got great material thanks again making work so much better

*DJsoftdom*: I want whats best for you and your daughter. I want her to love the lifestyle and not fear it

*DJsoftdom*: Make love and not fear

*UC*: Exactly my thoughts too never want her to not want to play

*DJsoftdom*: Exactly

*DJsoftdom*: Thats the point of the community

*DJsoftdom*: Everyone wanting to play and have high sex drives

*DJsoftdom*: Does she like to play all day or when she wants?

*UC*: She always wants to we start fun tickling and everything keeps going

*UC*: She loves oral and riding the most

*DJsoftdom*: I would like to pick her up like this and slowly fuck her

[DUMAG then attached the video file that he sent earlier of a prepubescent girl being held up by the thighs by an adult male while the adult male is vaginally penetrating with his penis].

*UC*: Definitely would love that and it would be so hot to watch her hold on

*DJsoftdom*: Would love to make as much content with her and you

*DJsoftdom*: Hopefully I can be the fun uncle that comes to visit every so often 😊

*UC*: What would you want me to record you doing

*DJsoftdom*: Literally anything and everything we all do together. At least get every creampie I put inside her

12.    The conversation continued with DUMAG stating his desire to fly to the District of Columbia to engage in sexual contact with the UC's purported nine-year-old daughter. During a portion of the conversation, the UC stated, "Definitely what's your schedule look like I definitely think she would feel more comfortable in my place first then I'm sure she'd love to do a summer or spring break trip." DUMAG replied, "Im getting hard looking at your daughters ass at work" (referring to the image the UC sent earlier). The UC responded, "At least I could do after all the great stuff u sent me," to which DUMAG replied, "I would have to look at my schedule but would you be able to do like middle of the week fun? Or even over the weekend? Like I fly out on friday, we fuck all night and saturday and then you drop me off at the airport on sunday?" The messages continued with DUMAG asking about the UC's work situation, nearby airport information, and stating that he was looking at flights.

13.    On the same day, the UC asked DUMAG to send a verification picture. DUMAG sent a picture of an adult man who appeared to be the same person visible on the online fetish website profile for "DJsoftdom." The image sent by DUMAG is shown below:

9



14.     The UC sent a picture of himself as well, and as the conversation continued, the UC reintroduced himself and advised that his name was "Rob". DUMAG replied, "Mine is Darrin" "DJ is short for Darrin Jr."

15.     The messages continued and a portion of those chats are as follows:

***DJsoftdom***: Maybe when shes older, we can train her to invite her friends over 😊

***DJsoftdom***: The community we are building will be a nudist household. Hope you and her are on with that

***UC***: Oh definitely when she's older or when she has little ones

***UC***: Definitely will be in on that this will be a long friendship

***DJsoftdom***: Well if your daughter loves my dick then there will be a lot of babies to be had lol

***DJsoftdom***: How old is she?

***UC***: She's 9

***DJsoftdom***: When does she turn 10?

10

*DJsoftdom*: Also not sure if you are into dressing her up but I have a few outfits we can put on her if you order it

*UC*: She'll turn 10 in August

*UC*: What outfits do you have in mind

*DJsoftdom*: I got a few lol," [DUMAG then sent four images of body suits, two of which portrayed a bunny and a fox. The other two were more sexual in nature, revealing the chest area and bikini area.]

16.    Later the same day, the UC stated to DUMAG, "great to hear wish you didnt delete the vids wanted to jerk to it later." DUMAG replied "Oh I can send them again." "I deleted them before I verified with you lol." "Just in case haha." "Ill send you a bunch." DUMAG then sent nineteen addition video files depicting prepubescent and pubescent females. A portion of the videos are described below:

   a.   One (1) one-minute and twenty-eight-second (1:28) video depicting a prepubescent girl wearing only red, white, and blue stockings that go just above the knee, one unclothed adult male, and one unclothed adult female. The adult male is lying on a couch with the prepubescent girl on top of him, face and body upwards. The adult male is anally penetrating the prepubescent girl with his erect penis, and the adult female is orally penetrating the prepubescent girl's vagina with her tongue. The prepubescent girl is very small in stature, has no breast development, no pubic hair, and no hip development.

   b.   One (1) fifty-eight-second (0:58) video depicting a prepubescent girl wearing only red, white, and blue stockings that go just above the knee, one unclothed adult male and one unclothed adult female. The adult male is lying on a couch with the

prepubescent girl on top of him, face and body upwards. The adult male is anally penetrating the prepubescent girl with his erect penis, and the adult female is orally penetrating the prepubescent girl's vagina with her tongue. The prepubescent girl is very small in stature and has no breast development, no pubic hair and no hip development.

c. One (1) one-minute and seventeen-second (1:17) video depicting a prepubescent girl unclothed lying on a bed. An adult male is vaginally penetrating her with his erect penis while slapping the girl in the face and choking her around her neck. The prepubescent girl is very small in stature, young facial features, has little to no breast development, no pubic hair, and no hip development.

d. One (1) two-minute and forty-five-second-long (2:45) video depicting a prepubescent girl wearing only red, white, and blue stockings that go just above the knee, one unclothed adult male. The adult male is lying on a couch on his back with the prepubescent girl on top of him. The adult male is seen kissing the girl, while the girl is touching her anus. The girl turns the reverse direction, and the adult male's penis orally penetrates the girl's mouth. The adult male is also orally penetrating the girl's genitalia with his tongue. The prepubescent girl is very small in stature, has no breast development, no pubic hair, and no hip development.

17. After the last group of videos was sent by DUMAG, the conversation continued, and a portion of the conversation is as follows:

*DJsoftdom*: I do want to do all these things to Lexy[2] and make love to that sweet, tight pussy of hers 😁 😁

*UC*: I can't wait for all this

*DJsoftdom*: You and I both 😍

*UC*: Mmmm a bit older but still sexy

*DJsoftdom*: I personally like 12-17 but lexy is the exception

*UC*: Oh yeah but if Lexy is to young and not what you're into it's cool man I don't want to risk anything or it being weird

*DJsoftdom*: Its not at all. The youngest I would play with is around that age, 9-10

*DJsoftdom*: Its just that my dick would most likely fit between 12-17

*DJsoftdom*: My partner has a hard time getting the head in sometimes

18.     Later in their communication, the UC provided DUMAG with his phone number, and the conversation continued over text message with DUMAG utilizing a phone number of XXX-XX-7332.

## SUBJECT IDENTIFICATION[3]

20.     On January 29, 2026, a member of the CEHTTF served an administrative subpoena to the online fetish website regarding user DJsoftdom. On January 30, 2026, the website responded and provided an email address, XXX@yahoo.com, the user's date of birth as XX/XX/1997, and a last known IP address on January 29, 2026, of 208.189.92.50 that resolves to Plano, Texas, which was DJsoftdom's self-reported general location.

21.     On January 29, 2026, a member of the CEHTTF served an administrative subpoena to Yahoo regarding the account XXX@yahoo.com. On January 30, 2026, the website responded and provided the name on the account of Darrin Dumag and a verified recovery phone number of XXX-XX-7332.

---

[3] Where redacted, the full email, birth date, phone number, social security number, and address is known by law enforcement.  The information is redacted to protect privacy.

13

22.    Accurint queries for the phone number XXX-XXX-7332 provided by Telegram user Djsoftdom revealed that the phone number belongs to Darrin Dumag Jr., DOB: XX/XX/1997, XXX Springbrook Drive, Prosper, Texas 75078. The Accurint query also provided a social security number.

23.    On March 18, 2026, your affiant obtained Department of Motor Vehicles records for Darrin Dumag Jr., date of birth XX/XX/1997, the same date of birth associated with the fetish website account. A review of DUMAG's driver's license photograph revealed it depicts the same individual as the individual in the fetish website profile picture and the picture sent to the UC on January 21, 2026. DUMAG's driver's license picture is shown below:



24.    On January 29, 2026, an administrative subpoena was served to AT&T Mobility for subscriber information affiliated with the telephone number XXX-XXX-7332. AT&T Mobilty on January 29, 2026, responded and provided the name on the account Thressia Joseph, XXX Springbrook Drive, Prosper, Texas 75078 with a contact number of XXX-XXX-8252. According to social media posts, Joseph is DUMAG's mother.

**CONCLUSION**

14

26.    For the reasons set forth above, I submit that probable cause exists to believe that, on January 21, 2026, through March 20, 2026, DARRIN DUMAG Jr. committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2),(b)(1).

Respectfully submitted,

_____
Bryan Mancuso, Detective
Metropolitan Police Department

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on March 27, 2026

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE